UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YONG GUO,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Respondent. | Case No. C19-0560-JLR<br><br>ORDER DISMISSING FEDERAL HABEAS PETITION |

　　　The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, [Petitioner's Objections] and the remaining record, hereby finds and ORDERS:

　　　(1)　The Report and Recommendation is approved and adopted;

　　　(2)　Petitioner's federal habeas petition (Dkt. 4) is DISMISSED for lack of jurisdiction;

　　　(3)　Petitioner's application for court appointed counsel (Dkt. 5) is DENIED as moot; and

　　　(4)　The Clerk is directed to send copies of this Order to petitioner and to the Honorable Mary Alice Theiler.

　　　DATED this 25th day of June, 2019.

　　　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION - 1